# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 7, 2016

## NO. 03-16-00144-CV

**Alicia Ruth Arenas, Appellant**

**v.**

**Marco Antonio Arenas, Appellee**

### APPEAL FROM THE 274TH DISTRICT COURT OF COMAL COUNTY
### BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on May 13, 2015. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.